No. 83–36. VANN ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–37. DAMICO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–38. SANTA CLARA VALLEY WATER DISTRICT ET AL. v. MARTINO ET UX. C. A. 9th Cir. Certiorari denied.

No. 83–39. T.N.T. MARINE SERVICE, INC. v. WEAVER SHIP-YARDS & DRYDOCKS, INC. C. A. 5th Cir. Certiorari denied.

No. 83–40. HEDLEY ET AL. v. TRANS WORLD AIRLINES, INC. C. A. 9th Cir. Certiorari denied.

No. 83–41. LOCAL UNION NO. 141, SHEET METAL WORKERS INTERNATIONAL ASSN., ET AL. v. SANDMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–42. HAGERSTOWN KITCHENS, INC. v. BOARD OF COUNTY COMMISSIONERS OF WASHINGTON COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–44. SOLON BAPTIST TEMPLE, INC. v. CITY OF SOLON ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 83–45. CARNICLE v. FOX, SHERIFF OF MORRIS COUNTY. C. A. 3d Cir. Certiorari denied.

No. 83–46. KIZZIER CHEVROLET CO., INC., OF SCOTTSBLUFF, NEBRASKA, ET AL. v. GENERAL MOTORS CORP., OLDSMOBILE DIVISION. C. A. 8th Cir. Certiorari denied.

No. 83–47. DICARLO v. A & W PRODUCTS CO., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–49. FRANK v. DAVIS, COMMISSIONER OF PARKS AND RECREATION OF NEW YORK CITY, ET AL. C. A. 2d Cir. Certiorari denied.